IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL CHAMBERS, | 1:08-cv-00187-OWW-WMW (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| W.J. SULLIVAN, | (DOCUMENT #11) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On July 21, 2008, petitioner filed a motion to extend time to file Traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his Traverse.

IT IS SO ORDERED.

**Dated:   July 28, 2008**              /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE